**Order entered April 19, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01096-CR

### DIONICIO MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-75240-M

## ORDER

Before the Court is appellant's April 17, 2019 second motion for extension of time to file appellant's brief. The brief has been tendered with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE